**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **GABRIELA SCHINEIDER ROCHA**, | ) | |
| | ) | Case No. 1:25-cv-07434 |
| Plaintiff, | ) | |
| | ) | Judge: Andrea R. Wood |
| v. | ) | |
| | ) | Magistrate Judge: Daniel P. McLaughlin |
| **WAYFAIR INC.**, | ) | |
| | ) | |
| Defendant. | ) | |

---

**DEFENDANT WAYFAIR LLC'S MOTION FOR CLARIFICATION
<u>OF THE COURT'S JULY 23, 2026 MINUTE ORDER</u>**

Defendant Wayfair LLC ("Wayfair"), by its attorneys, respectfully moves for clarification of the Court's July 23, 2026 Minute Order and states as follows:

1. On July 23, 2026, the Court entered a Minute Order stating, in relevant part: "After the magistrate judge rules on the pending motions, the Court will determine what adjustment to the dispositive motion deadline may be appropriate." [ECF No. 49].

2. Per the current scheduling order, the dispositive motion deadline is July 27, 2026. [ECF No. 19].

3. Wayfair respectfully seeks clarification as to whether the July 27, 2026 dispositive motion deadline remains in effect unless and until modified by the Court, or whether the Court intends to defer that deadline pending resolution of the parties' discovery motions before the magistrate judge.

4. Wayfair has been preparing to file its motion for summary judgment by the current July 27, 2026 deadline. Accordingly, Wayfair requests this clarification solely to ensure its compliance with the Court's scheduling order.

**WHEREFORE,** Defendant Wayfair LLC respectfully requests that the Court clarify

FP 65200156.1

whether the current July 27, 2026 dispositive motion deadline remains in effect or is deferred pending resolution of the parties' discovery motions.

Respectfully submitted,

Dated: July 23, 2026 **WAYFAIR LLC**

/s/ *Jason D Keck*
Jason D Keck
Sarah T. Oberg Ramirez
**FISHER & PHILLIPS LLP**
10 S. Wacker Drive, Suite 3450
Chicago, IL 60606
(312) 346-8061
jkeck@fisherphillips.com
sobergramirez@fisherphillips.com
*Attorneys for Defendant Wayfair LLC*

2

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on July 23, 2026, the foregoing **DEFENDANT WAYFAIR LLC'S MOTION FOR CLARIFICATION OF THE COURT'S JULY 23, 2026 MINUTE ORDER** was filed using the Court's electronic filing system and will also be sent via email to the following counsel of record:

Darren VanPuymbrouck
Filzah Pavalon
**MARK RAVEN LLC**
2524 N. Burling Street
Chicago, IL 60614
*Darren@raven.law*
*Filzah@raven.law*
**Attorneys for Plaintiff**

/s/ Jason D Keck
Jason D Keck
*Attorney for Defendant Wayfair LLC*

3